IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARLOS OJEDA CHAPARRO,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN CUCF et al.,<br><br>Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-185 DB<br><br>District Judge Dee Benson |

Plaintiff, inmate Carlos Ojeda Chaparro, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Complaint under § 1915(e), in an Order dated August 30, 2013, the Court determined Plaintiff's Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  On December 9, 2013, the Court granted Plaintiff a time extension until January 6, 2014, to file his amended complaint.  More than one month after that deadline, the Court has not heard from Plaintiff again.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED.**

DATED this 18th day of February, 2014.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court